Rel: March 14, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0130

William C. Freeman, M.D. v. Alabama Board of Medical Examiners; Mark H. Lequire, M.D., Charles M.A. Rogers IV, M.D., Aruna T. Arora, M.D., Gregory W. Ayers, M.D., Julia L. Boothe, M.D., Tonya E. Bradley, M.D., Eli L. Brown, M.D., Hernando D. Carter, M.D., Nina S. Ford Johnson, M.D., Beverly F. Jordan, M.D., George T. Koulianos, M.D., Dick Owens, M.D., William Jay Suggs, M.D., David R. Thrasher, M.D., Jane Ann Weida, M.D., and Amanda J. Williams, M.D., in their official capacities as members of the Alabama Board of Medical Examiners; and William M. Perkins, individually and in his official capacity as Executive Director of the Alabama Board of Medical Examiners (Appeal from Montgomery Circuit Court: CV-23-901110).

McCOOL, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Wise, Bryan, and Mitchell, JJ., concur.